Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermanesq.com
**BERMAN DeVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Attorneys for Sarah Endzweig**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ENDZWEIG,<br><br>               Plaintiff,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.,<br><br>               Defendants. | Case No. CV 09 0111<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**<br><br>**JURY TRIAL DEMANDED** |

*Filed stamp: ORIGINAL FILED JAN - 9 2009, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; E-filing; JCS*

---

CERT. OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, Sarah Endzweig, is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceedings; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: January 9, 2009

**BERMAN DeVALERIO**

By: /s/ J. Heffelfinger
CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.433.3200
Facsimile: 415.433.6382

**Attorneys for Plaintiff**