AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

| | |
|---|---|
| SARAH ENDZWEIG ) ) ) ) Plaintiff ) v. ) WALMART.COM USA LLC, WAL-MART ) STORES, INC. and NETFLIX, INC. ) ) Defendant ) | CV 09 0111 Civil Action No. JCS |

**Summons in a Civil Action**

To: WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
BERMAN DeVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
HELEN L. ALMACEN

JAN 9 2009

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*