UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ENDZWEIG,                                    No. C 09-00111 (JCS)

        Plaintiff(s),
                                                   CLERK'S NOTICE
   v.

WALMART.COM USA LLC, ET AL.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate
Judge Spero previously noticed for April 17, 2009, at 1:30 p.m., has been reset to **April 24, 2009, at
1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint
case management conference statement shall be due by April 17, 2009.  Any party requesting a
continuance shall submit a stipulation and proposed order.

 Dated:  January 13, 2009

                                FOR THE COURT,
                                Richard W. Wieking, Clerk

                                by: _____
                                     Karen L. Hom
                                     Courtroom Deputy

**United States District Court**
For the Northern District of California