1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Christopher T. Heffelfinger (118058)
   cheffelfinger@bermanesq.com
3  **BERMAN DeVALERIO**
   425 California Street, Suite 2100
4  San Francisco, CA 94104
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382

6  *Attorneys for Sarah Endzweig*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ENDZWEIG, | Case No. C-09-0111-JCS |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC., | |
| Defendants. | |

[C-09-0111-JCS] ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Sarah Endzweig submits this Administrative Motion to relate *Endzweig v. Walmart.com USA LLC*, Case No. CV-09-0111-JCS ("*Endzweig*"), filed January 9, 2009, to the cases listed in Section I pursuant to Civil Local Rule 3-12.

## I. RELATED CASES

The following cases are related to the *Endzweig* case:

| | CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|---|
| 1. | *Resnick, et al. v. Walmart.com USA LLC, et al.* ("*Resnick*") | CV-09-0002-PJH | January 2, 2009 |
| 2. | *O'Connor v. Walmart.com USA LLC, et al.* ("*O'Connor*") | CV-09-0096-MEJ | January 9, 2009 |
| 3. | *Schmitz v. Walmart.com USA LLC, et al.* ("*Schmitz*") | CV-09-0116-EMC | January 9, 2009 |
| 4. | *Lynch v. Walmart.com USA LLC, et al.* ("*Lynch*") | CV-09-00138-BZ | January 12, 2009 |

## II. RELATIONSHIP OF THE ACTIONS

This administrative motion is made on the grounds that *Endzweig's* case involves substantially the same subject matter as the actions listed above in Section I: an alleged conspiracy to illegally fix, raise, maintain and/or stabilize the prices charged for the sales and online rentals of DVDs in the United States. Plaintiffs in all the cases assert claims for violations of the Sherman Act, 15 U.S.C. §§ 1 and 2, against the same Defendants.

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

## III. CONCLUSION

*Endzweig* and the actions referred to in Section I above satisfy the criteria of Civil Local Rule 3-12. Therefore, Plaintiff Sarah Endzweig respectfully requests that *Endzweig* be deemed related to

| | |
|---|---|
| 1 | the cases listed in Section I and that *Endzweig* be assigned to the Honorable Phyllis J. Hamilton, the |
| 2 | Judge assigned to the low numbered case, *Resnick*. |

Dated:  January 13, 2009              **BERMAN DeVALERIO**

By: _____/S/_____
     CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: 415.433.3200
Facsimile:  415.433.6382

***Attorneys for Sarah Endzweig***

[C-09-0111-JCS] ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED  2