JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
Email: jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ENDZWEIG, <br><br> Plaintiff, <br><br> v. <br><br> WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC., <br><br> Defendants. | Civil Action No. CV 09 0111 (PJH) <br><br> **DEFENDANT NETFLIX, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED PERSONS UNDER LOCAL CIVIL RULE 3-16** |

## **DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Netflix, Inc. certifies, through the undersigned counsel, that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DEFENDANT NETFLIX, INC.'S
DISCLOSURE STATEMENT PURSUANT TO
FED. R. CIV. P. 7.1 AND CIVIL RULE 3-16

-1-

## **CERTIFICATION OF INTERESTED PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 5, 2009

WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Jonathan M. Jacobson
Jonathan M. Jacobson
jjacobson@wsgr.com
Sara Ciarelli Walsh
swalsh@wsgr.com
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

Scott A. Sher
ssher@wsgr.com
1700 K Street, NW
5th Floor
Washington, D.C. 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

Keith E. Eggleton
keggleton@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendant Netflix, Inc.*