| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
| | Tel.: (650) 493-9300 |
| 4 | Fax: (650) 493-6811 |
| | keggleton@wsgr.com |

SCOTT A. SHER, State Bar No. 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Tel.: (202) 973-8800
Fax: (202) 973-8899
ssher@wsgr.com

JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ENDZWEIG, | Civil Action No. CV 09-0111-PJH |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| WALMART.COM USA LLC, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Jonathan M. Jacobson of Wilson Sonsini Goodrich & Rosati, 1301 Avenue of the Americas, 40th Floor, New York, NY 10019, admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Netflix, Inc.

Dated: February 5, 2009

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jonathan M. Jacobson
     Jonathan M. Jacobson
     jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*