| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
| | Tel.: (650) 493-9300 |
| 4 | Fax: (650) 493-6811 |
| | keggleton@wsgr.com |
| 5 | |
| | SCOTT A. SHER, State Bar No. 190053 |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 7 | 1700 K Street, NW |
| | Fifth Floor |
| 8 | Washington, DC 20006 |
| | Tel.: (202) 973-8800 |
| 9 | Fax: (202) 973-8899 |
| | ssher@wsgr.com |
| 10 | |
| | JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.) |
| 11 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 12 | 1301 Avenue of the Americas |
| | 40th Floor |
| 13 | New York, NY 10019 |
| | Tel.: (212) 999-5800 |
| 14 | Fax: (212) 999-5899 |
| | jjacobson@wsgr.com |
| 15 | |
| | *Attorneys for Defendant Netflix, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ENDZWEIG, | Civil Action No. CV 09-0111-PJH |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| WALMART.COM USA LLC, et al., | |
| Defendants. | |

NOTICE OF APPEARANCE                                            -1-
CASE NO.: CV 09-0111-PJH

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Keith E. Eggleton of Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Netflix, Inc.

Dated: February 5, 2009

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Keith E. Eggleton
    Keith E. Eggleton
    keggleton@wsgr.com

*Attorneys for Defendant Netflix, Inc.*