| | |
|---|---|
| Robert G. Abrams<br>Thomas A. Isaacson<br>Peter A. Barile III<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel.: (202) 783-0800<br>Fax: (202) 383-6610<br>abramsr@howrey.com<br>isaacsont@howrey.com<br>barilep@howrey.com<br><br>Paul Alexander<br>HOWREY LLP<br>1950 University Avenue<br>East Palo Alto, CA 94303<br>Tel.: (650) 798-3500<br>Fax: (650) 798-3600<br>alexanderp@howrey.com<br><br>Emily L. Maxwell<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel.: (415) 848-4947<br>Fax: (415) 848-4999<br>maxwelle@howrey.com<br><br>*Counsel for Plaintiffs Andrea Resnick et al.*<br>[Additional counsel on signature page] | Jonathan M. Jacobson<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Tel.: (212) 999-5800<br>Fax: (212) 999-5899<br>jjacobson@wsgr.com<br>swalsh@wsgr.com<br><br>*Counsel for Defendant Netflix, Inc.*<br><br>Neal Manne<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Tel: (713) 651-9366<br>Fax: (713) 654-6666<br>nmanne@susmangodfrey.com<br>rhess@susmangodfrey.com<br><br>*Counsel for Defendants Wal-Mart Stores, Inc., et al.*<br>[Additional counsel on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. M:09-CV-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
| **This document relates to:**<br><br>**ALL ACTIONS** | **STIPULATION AND [~~PROPOSED~~] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029** |
| **After consultation with the Clerk of Court, this document also is being filed in the following related cases:**<br><br>Sheeler, Jr. v. Walmart.com, et al.<br>(Case No. C 09-0274 PJH)<br>Chapman v. Netflix, Inc., et al. | |

HOWREY LLP

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029

Dockets.Justia.com

| | |
|---|---|
| 1 | (Case No. C 09-0294 PJH)<br>Orozco v. Netflix, Inc., et al. |
| 2 | (Case No. C 09-0297 PJH)<br>Landels, et al. v. Netflix, Inc., et al. |
| 3 | (Case No. C 09-0340 PJH)<br>Grime v. Netflix, Inc., et al. |
| 4 | (Case No. C 09-0349 PJH)<br>Meyer v. Walmart.com, et al. |
| 5 | (Case No. C 09-0361 PJH)<br>Randall v. Walmart.com, et al. |
| 6 | (Case No. C 09-0368 PJH)<br>Hirsch v. Netflix, Inc., et al. |
| 7 | (Case No. C 09-0375 PJH)<br>Miscioscia v. Netflix, Inc., et al. |
| 8 | (Case No. C 09-0377 PJH)<br>Chatelain v. Netflix, Inc., et al. |
| 9 | (Case No. C 09-0391 PJH)<br>Patras v. Netflix, Inc., et al. |
| 10 | (Case No. C 09-00378 PJH)<br>Weiner v. Walmart.com USA LLC, et al. |
| 11 | (Case No. C 09-00398 PJH)<br>Millrood v. Walmart.com USA LLC, et al. |
| 12 | (Case No. C 09-00399 PJH)<br>Kober v. Walmart.com USA LLC, et al. |
| 13 | (Case No. C 09-00400 PJH)<br>Lacabe v. Walmart.com USA LLC, et al. |
| 14 | (Case No. C 09-00402 PJH)<br>Roy v. Netflix, Inc., et al. |
| 15 | (Case No. C 09-00434 PJH)<br>Bruno, et al. v. Walmart.com USA LLC, et al. |
| 16 | (Case No. C 09-00445 PJH)<br>Zaker v. Netflix, Inc., et al. |
| 17 | (Case No. C 09-00447 PJH)<br>Parikh v. Netflix, Inc., et al. |
| 18 | (Case No. C 09-00496 PJH)<br>Johnson v. Walmart.com USA LLC, et al. |
| 19 | (Case No. C 09-00553 PJH)<br>Gannon v. Walmart.com USA LLC, et al. |
| 20 | (Case No. C 09-00554 PJH)<br>Williams v. Netflix, Inc., et al. |
| 21 | (Case No. C 09-00678 PJH)<br>Haddad v. Netflix, Inc., et al. |
| 22 | (Case No. C-09-00958 PJH)<br>Wiebe v. Netflix, Inc., et al. |
| 23 | (Case No. C-09-01274 PJH) |

24   WHEREAS, by Order dated April 10, 2009, the Judicial Panel on Multidistrict Litigation
25 ("JPML") centralized all cases in MDL No. 2029, *In re Online DVD Antitrust Litigation*, before this
26 Court ("JPML Order");

27

28

WHEREAS, the Court entered the JPML Order on April 15, 2009, creating MDL Master Docket M:09-CV-2029 PJH ("Master Docket"), to which all actions subject to that order have been or will be centralized pursuant to 28 U.S.C. § 1407;

WHEREAS, Rule 7.5(a) of the JPML provides that "Potential 'tag along actions' filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related cases"; and

WHEREAS, each of the above referenced cases (the "Related Cases") has been designated a related case under Civil Local Rule 3-12 to *Resnick et al. v. Walmart.com USA LLC, et al.*, Case No. C-09-0002 ("*Resnick*"),

The undersigned do hereby agree and stipulate that upon the entry of this [Proposed] Order:

1. All Related Cases now pending in this Court shall be designated as Tag Along Actions within the meaning of the Rules of the JPML, as they have been related by this Court to *Resnick*.

2. All Related Cases so designated shall be centralized as soon as is practicable for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 with those cases already on the Master Docket pending in MDL No. 2029.

3. The terms of this Order shall apply to all cases that have been or may be filed in the Northern District of California and related to *Resnick* under Local Civil Rule 3-12 ("Future Related Cases"). All Future Related Cases shall be designated as Tag Along Actions within the meaning of the JPML Rules, and shall be centralized as soon as is practicable for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 with those cases already on the Master Docket pending in MDL No. 2029.

DATED: April 27, 2009

            Respectfully Submitted,

            Robert G. Abrams
            Thomas A. Isaacson
            Peter A. Barile III
            HOWREY LLP
            1299 Pennsylvania Avenue, N.W.
            Washington, DC 20004
            Tel.: (202) 783-0800
            Fax: (202) 383-6610

            Paul Alexander
            HOWREY LLP
            1950 University Avenue
            East Palo Alto, CA 94303
            Tel.: (650) 798-3500
            Fax: (650) 798-3600

            Emily L. Maxwell
            HOWREY LLP
            525 Market Street, Suite 3600
            San Francisco, CA 94105
            Tel.: (415) 848-4947
            Fax: (415) 848-4999

BY:  /s/ Robert G. Abrams_____

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002, 3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-00554)

*And attests in accordance with General Order No. 45 X. B. that concurrence in the filing of the document has been obtained from each of the undersigned counsel:*

**Defendants' Counsel**

  Jonathan M. Jacobson
  Sara Ciarelli Walsh
  WILSON SONSINI GOODRICH & ROSATI, PC
  1301 Avenue of the Americas
  40th Floor
  New York, NY 10019
  Tel.: (212) 999-5800
  Fax: (212) 999-5899

  Keith E. Eggleton
  WILSON SONSINI GOODRICH & ROSATI
  650 Page Mill Road
  Palo Alto, Ca 94304-1050
  Tel: (650) 493-9300
  Fax: (650) 565-5100

  Scott Andrew Sher

WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
Fax: (202) 973-8899
*Counsel for Defendant Netflix, Inc.*

Neal Manne
Richard Wolf Hess
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Genevieve Vose
SUSMAN GODFREY LLP
1201 Third Ave., Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3836
Fax: (206-516-3883

Stephen E. Morrissey
Kathryn Parsons Hoek
Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel.: 310-789-3100
Fax: 310-789-3150

*Counsel for Defendant Wal-Mart Stores, Inc. and Wal-Mart.com USA LLC*

**Additional Plaintiffs' Counsel**

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813

*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111, 3:09-cv-00138, and 3:09-cv-00445)

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096, 3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-00554)

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116 and 3:09-cv-0156)

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER, SHAH, LLP
35 East State Street
Media, PA 19063
Tel.: (610) 891-9880
Fax: (610) 891-9883

Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
Tel.: (202) 429-2290
Fax: (202) 429-2294

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029

*Counsel for Plaintiff*

 O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-0096 PJH

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel.: (310) 461-1426
Fax: (310) 461-1427

Kendall S. Zylstra
Richard Schwartz
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Tel.: (215) 914-2460
Fax: (215) 914-2462

*Counsel for Plaintiffs*

 Schmitz v. Walmart.com USA LLC, et al., Case No. C 09-0116 PJH
 Sivek v. Walmart.com USA LLC, et al., Case No. C 09-0156 PJH

Daniel A. Small
Benjamin D. Brown
Kit Pierson
Christopher Cormier
COHEN MILSTEIN SELLERS & TOLL PPLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 838-7797
Fax: (202) 838-7745

*Counsel for Plaintiffs*

 Lynch, et al. v. Walmart.com USA LLC, et al., Case No. C 09-0138 PJH

Bryan L. Clobes
Ellen Meriwether
Timothy Fraser
CAFFERTY FAUCHER LLP
1717 Arch Street, Ste., 3610
Philadelphia, PA 19103

Nyran Rose Pearson
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200
Chicago IL 60602

**STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029**

| | |
|---|---|
| 1 | *Counsel for Plaintiffs* |
| 2 |    Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH |
| 3 | |
| 4 | Kevin Bruce Love<br>Michael E. Criden<br>CRIDEN & LOVE, P.A. |
| 5 | 7301 S.W. 57 h Court, Suite 515<br>South Miami, FL 33143 |
| 6 | |
| 7 | *Counsel for Plaintiff* |
| 8 |    Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH |
| 9 | Robert C. Schubert<br>Willem F. Jonckheer |
| 10 | SCHUBERT JONCKHEER KOLBE &<br>KRALOWEC LLP |
| 11 | Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111 |
| 12 | Tel.: (415) 788-4220<br>Fax: (415) 788-0161 |
| 13 | *Counsel for Plaintiffs* |
| 14 |    Slobodin v. Netflix, Inc., et al., Case No. C 09-0225 PJH |
| 15 |    Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH |
| 16 |    Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377 PJH |
| 17 |    James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391 PJH |
| 18 | |
| 19 | Lee Albert<br>Brian Brooks |
| 20 | Jacqueline Sailer<br>MURRAY, FRANK & SAILER LLP |
| 21 | 275 Madison Avenue, Suite 801<br>New York, New York 10016 |
| 22 | Tel.: (212) 682-1818<br>Fax: (212) 682-1892 |
| 23 | *Counsel for Plaintiff* |
| 24 |    Sheeler, Jr. v. Walmart.com USA LLC, et al., Case No. C 09-0274 PJH |
| 25 | |
| 26 | Michael F. Ram<br>Erica Craven-Green |
| 27 | LEVY, RAM & OLSON LLP<br>639 Front Street, 4th Floor |
| 28 | San Francisco, CA 94111<br>Tel.: (415) 433-4949<br>Fax: (415) 433-7311 |

HOWREY LLP

*Counsel for Plaintiff*

   Chapman v. Netflix, Inc., et al., Case No. C 09-0294 PJH

Alex C. Turan
MONTURA LAW GROUP
2070 N. Broadway, Suite 5492
Walnut Creek, CA 94596
Tel.: (415) 308-0025
Fax: (925) 256-9615

*Counsel for Plaintiff*

   Orozco v. Netflix, Inc., et al., Case No. C 09-0297 PJH

Guy A. Wilson
LAW OFFICES OF GUY A. WILSON
509 Orchard Street
Santa Rosa, CA 95404
Tel.: (707) 525-1277

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street
Washington, DC 20007
Tel.: (202) 625-4342

*Counsel for Plaintiffs*

   Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel.: (215) 230-8043
Fax: (215) 230-8735

*Counsel for Plaintiff*

   Meyer v. Walmart.com USA LLC, et al., Case No. C 09-0361 PJH

Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500
Fax.: (224) 632-4521

Harry Shulman
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2

San Rafael, CA 94903
Tel.: 415-455-1326
Fax: 415-455-1327

*Counsel for Plaintiff*

   Hirsch v. Netflix, Inc., et al., Case No. C 09-0375 PJH

David Pastor
GILMAN & PASTOR, LLP
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Tel.: (617) 742-9700

Michael F. Germano
LAW OFFICES OF MICHAEL GERMANO, P.C.
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Tel.: (617) 367-5911

*Counsel for Plaintiff*

   Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377 PJH

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.: (310) 379-3410

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

*Counsel for Plaintiff*

   James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391 PJH

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029

Tel.: (415) 398-8700
Fax: (415) 398-8704

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.: (510) 238-9610
Fax: (510) 337-1431

*Counsel for Plaintiff*

   Patras v. Netflix, Inc., et al., Case No. C 09-00378 PJH

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3100

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Counsel for Plaintiffs*

   Weiner v. Walmart.com USA LLC, et al., Case No. C 09-00398 PJH
   Millrood v. Walmart.com USA LLC, et al. Case No. C 09-00399 PJH

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel.: (215) 814-6750
Fax: (215) 814-6764

*Counsel for Plaintiff*

   Weiner v. Walmart.com USA LLC, et al., Case No. C 09-00398 PJH

Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street

Philadelphia, PA 19130
Tel.: (215) 963-0600
Fax: (215) 963-0838

Steve R. Basser
BARRACK, RODOS & BACINE
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874

*Counsel for Plaintiff*

Millrood v. Walmart.com USA LLC, et al.  Case No. C 09-00399 PJH

Frank J. Johnson
Francis A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 233-5535

*Counsel for Plaintiff*

Kober v. Walmart.com USA LLC, et al.  Case No. C 09-00400 PJH

Joseph Saveri
Michele C. Jackson
Eric B. Fastiff
Andrew S. Kingsdale
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Tel.: (415) 956-1000
Fax: (415) 956-1008

*Counsel for Plaintiff*

Lacabe v. Walmart.com USA LLC, et al.  Case No. C 09-00402 PJH

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.: (215) 545-7200
Fax: (215) 535-6535

*Counsel for Plaintiffs*

Bruno, et al. v. Walmart.com USA LLC, et al.  Case

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029

HOWREY LLP

| | |
|---|---|
| 1 | No. C 09-00445 PJH |
| 2 | Edward A. Wallace |
|   | Kenneth A. Wexler |
| 3 | WEXLER WALLACE, LLP |
|   | 55 West Monroe Street, Suite 3300 |
| 4 | Chicago, IL 60603 |
|   | Tel: 312.346.2222 |
| 5 | Fax: 312.346.0022 |
| 6 | Mark J. Tamblyn |
|   | Neha Duggal |
| 7 | WEXLER WALLACE, LLP |
|   | 455 Capitol Mall, Suite 231 |
| 8 | Sacramento, CA 95814 |
|   | Tel.: 916-492-1100 |
| 9 | Fax: 916-492-1124 |
| 10 | *Counsel for Plaintiff* |
| 11 | Zaker v. Netflix, Inc., et al.  Case No. C 09-00447 PJH |
| 12 | Bonny E. Sweeney |
|   | David W. Mitchell |
| 13 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 14 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 15 | Tel.: (619) 231-1058 |
|   | Fax: (619) 231-7423 |
| 16 | |
| 17 | William C. Wright |
|   | THE LAW OFFICES OF WILLIAM C. WRIGHT, P.A. |
| 18 | 301 Clematis Street, Suite 3000 |
|   | West Palm Beach, FL 33401 |
| 19 | Tel.: (561) 514-0904 |
|   | Fax: (561) 514-0905 |
| 20 | |
| 21 | *Counsel for Plaintiff* |
| 22 | Parikh v. Netflix, Inc., et al.  Case No. C 09-00496 PJH |
| 23 | Garrett D. Blanchfield |
|   | REINHARDT, WENDORF & BLANCHFIELD |
| 24 | E1250 First National Bank Building |
|   | 332 Minnesota Street |
| 25 | St. Paul, MN 55101 |
|   | Tel.: (651) 287-2100 |
| 26 | Fax: (651) 287-2103 |
| 27 | *Counsel for Plaintiff* |
| 28 | Johnson v. Walmart.com USA LLC, et al.  Case No. C 09-00553 PJH |

HOWREY LLP

David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel.: (610) 940-4000
Fax: (610) 940-4007

*Counsel for Plaintiff*

    Gannon v. Walmart.com USA LLC, et al.  Case No. C 09-00554 PJH

Dianne M. Nast
Joseph F. Roda
Michele S. Burkholder
Daniel N. Gallucci
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200

*Counsel for Plaintiff*

    Williams v. Netflix, Inc., et al.  Case No. C 09-00678 PJH

Edward M. Gergosian
Robert J. Gralewski
William D. Harris
GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego CA 92101
Tel 619-237-9500
Fax 619-237-9555 fax

*Counsel for Plaintiff*

    Haddad v. Netflix, Inc., et al., Case No. C-09-00958 PJH

Matthew Schultz
Timothy D. Battin
Thomas M. Palumbo
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, Virginia 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

*Counsel for Plaintiff*

    Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

DATED: 4/30/09

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*