A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on May 05, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 17, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION**                                           MDL No. 2029

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 10, 2009, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Phyllis J. Hamilton.

It appears that the action on this conditional transfer order involve questions of fact that are common to the action previously transferred to the Northern District of California and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 10, 2009, and, with the consent of that court, assigned to the Honorable Phyllis J. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 05, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION**  MDL No. 2029

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

**ALABAMA NORTHERN**
- ALN 2 09-241 — Robert Darren Touchton v. Netflix, Inc., et al.
- ALN 2 09-242 — Charles Kopera v. Netflix, Inc., et al.

**FLORIDA MIDDLE**
- FLM 8 09-250 — Aimee C. Bowles v. Netflix, Inc., et al.
- FLM 8 09-665 — Carla Spears v. Netflix, Inc., et al.

**ILLINOIS NORTHERN**
- ILN 1 09-744 — Myles Levin v. Walmart.com USA LLC, et al.
- ILN 1 09-1383 — Francis Cleary v. Walmart.com USA LLC, et al.

**ILLINOIS SOUTHERN**
- ILS 3 09-131 — Burton S. Jones v. Netflix, Inc., et al.

**INDIANA SOUTHERN**
- INS 1 09-136 — Martha Karatz v. Netflix, Inc., et al.

**LOUISIANA EASTERN**
- LAE 2 09-1938 — Katie Hotard v. Netflix, Inc., et al.

**LOUISIANA MIDDLE**
- LAM 3 09-59 — Salvadore Christina, Jr. v. Netflix, Inc., et al.

**MINNESOTA**
- MN 0 09-158 — Paul Michalski, et al. v. Netflix, Inc., et al.

**NEW HAMPSHIRE**
- NH 1 09-26 — Jane L. Boynton v. Walmart.com USA LLC, et al.

**NEW YORK EASTERN**
- NYE 1 09-617 — Stefanie Shafeek v. Netflix, Inc., et al.

**OHIO NORTHERN**
- OHN 3 09-360 — Robert L. Wagner v. Netflix, Inc., et al.

**PUERTO RICO**
- PR 3 09-1157 — Fernando Ortiz-Cardona v. Netflix, Inc., et al.

**VERMONT**
- VT 1 09-28 — Sascha Mayer v. Walmart.com USA LLC, et al.

**WEST VIRGINIA SOUTHERN**
- WVS 2 09-110 — Brandon Walters, et al. v. Netflix, Inc., et al.