Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
abramsr@howrey.com
isaacsont@howrey.com
barilep@howrey.com

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600
alexanderp@howrey.com

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999
maxwelle@howrey.com

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
melissa@saveri.com
cadio@saveri.com

*Lead Class Counsel
Member of the Steering Committee for
Plaintiffs in MDL No. 2029*

*Liaison Class Counsel
Member of the Steering Committee for Plaintiffs
in MDL No. 2029*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH**<br><br>**MDL No. 2029**<br><br>**Hon. Phyllis J. Hamilton** |
| **This document relates to:**<br><br>3:09-cv-00002 PJH<br>3:09-cv-00096 PJH<br>3:09-cv-00111 PJH<br>3:09-cv-00116 PJH<br>3:09-cv-00138 PJH<br>3:09-cv-00139 PJH | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 3:09-cv-00180 PJH | |
| 3:09-cv-00225 PJH | |
| 3:09-cv-00236 PJH | |
| 3:09-cv-00244 PJH | |
| 3:09-cv-00274 PJH | |
| 3:09-cv-00294 PJH | |
| 3:09-cv-00340 PJH | |
| 3:09-cv-00349 PJH | |
| 3:09-cv-00361 PJH | |
| 3:09-cv-00368 PJH | |
| 3:09-cv-00375 PJH | |
| 3:09-cv-00378 PJH | |
| 3:09-cv-00391 PJH | |
| 3:09-cv-00399 PJH | |
| 3:09-cv-00400 PJH | |
| 3:09-cv-00402 PJH | |
| 3:09-cv-00434 PJH | |
| 3:09-cv-00445 PJH | |
| 3:09-cv-00447 PJH | |
| 3:09-cv-00496 PJH | |
| 3:09-cv-00553 PJH | |
| 3:09-cv-00554 PJH | |
| 3:09-cv-00678 PJH | |
| 3:09-cv-00958 PJH | |
| 3:09-cv-01274 PJH | |
| 3:09-cv-01499 PJH | |
| 3:09-cv-01740 PJH | |
| 3:09-cv-02154 PJH | |
| 3:09-cv-02062 PJH | |
| 3:09-cv-02063 PJH | |
| 3:09-cv-02155 PJH | |
| 3:09-cv-02156 PJH | |
| 3:09-cv-02152 PJH | |
| 3:09-cv-02153 PJH | |
| 3:09-cv-02065 PJH | |
| 3:09-cv-02151 PJH | |
| 3:09-cv-02184 PJH | |
| 3:09-cv-02150 PJH | |
| 3:09-cv-02067 PJH | |
| 3:09-cv-02066 PJH | |

PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and through the undersigned counsel, hereby voluntarily dismiss their claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: Gary Bunker, John Haley, Eric Roslansky, Kevin Simpson (3:09-cv-00002); Michael O'Connor (3:09-cv-00096); Sarah Endzweig (3:09-cv-00111); Christopher Schmitz (3:09-cv-00116); Scott Lynch, Sisto Abeyta, Allison Hancock

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 1 -

1  (3:09-cv-00138); Jonathan Groce, Susan Horowitz (3:09-cv-00139); Armond Faris (3:09-cv-00180);

2  Suzanne Slobodin (3:09-cv-00225); Katherine Anthony, Paul Gottfried (3:09-cv-00236);  Melanie

3  Polk-Stamps (3:09-cv-00244); Richard Sheeler, Jr. (3:09-cv-00274); Cathleen Chapman (3:09-cv-

4  00294); Linda Landels, Antonia Landels (3:09-cv-00340); Sarah Grime (3:09-cv-00349); Douglas

5  Meyer (3:09-cv-00361); Laura Randall (3:09-cv-00368); Frank Hirsch (3:09-cv-00375); Argyre Patras

6  (3:09-cv-00378); James Chatelain (3:09-cv-00391); Tobias Millrood (3:09-cv-00399); Amos Kober

7  (3:09-cv-00400); Margarita Lacabe (3:09-cv-00402); Ranjan Roy (3:09-cv-00434); Brandon Bruno,

8  Paige Gabay (3:09-cv-00445); Ashkun Zaker (3:09-cv-00447); Sanjay Parikh (3:09-cv-00496); Nicole

9  Johnson (3:09-cv-00553); Christine Gannon (3:09-cv-00554); Kimberly Williams (3:09-cv-00678);

10  Alexandra Haddad (3:09-cv-00958); Travis Wiebe (3:09-cv-01274); Gabriel Kra (3:09-cv-01499);

11  Adrienne Belai (3:09-cv-01740);  Robert Touchton (3:09-cv-02154);  Charles Kopera (3:09-cv-02062);

12  Aimee Bowles (3:09-cv-02063); Myles Levin (3:09-cv-02155); Francis Cleary (3:09-cv-02156);

13  Burton Jones (3:09-cv-02152); Katie Hotard (3:09-cv-02153); Paul Michalski, Kathleen Hellevik,

14  Kevin Arendt (3:09-cv-02065); Stefanie Shafeek (3:09-cv-02151); Robert Wagner (3:09-cv-02184);

15  Fernando Ortiz-Cardona (3:09-cv-02150);  Sascha Mayer (3:09-cv-02067); Brandon Walters, Jennifer

16  Walters (3:09-cv-02066); Martha Karatz (docket number not assigned in N.D. Cal. (transferred from

17  the Southern District of Indiana 1:09-cv-00136)); Jane Boynton (docket number not assigned in N.D.

18  Cal. (transferred from New Hampshire 1:09-cv-00026)); Salvadore Christina, Jr. (docket number not

19  assigned in N.D. Cal. (transferred from the Middle District of Louisiana 3:09-cv-00059)).  Each of the

20  Voluntarily Dismissed Plaintiffs' actions have been transferred and consolidated into the *In Re Online*

21  *DVD Antitrust Litigation* Master File No. M:09-CV-2029 PJH.  Defendants have not served an answer

22  or motion for summary judgment to the Voluntarily Dismissed Plaintiffs' complaints.  Defendants

23  have not filed an answer or motion for summary judgment to the Plaintiffs' Consolidated Amended

24  Complaint filed on May 27, 2009 in the Consolidated MDL Proceeding.  The above listed Plaintiffs

25  reserve their rights as absent class members to share in any recovery in this case to which they would

26  otherwise be entitled.  All counsel listed below have assented to the filing of this Notice.  Pursuant to

27

28         NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1  the Court's April 30, 2009, "Supplement to Pretrial Order No. 1" (*See* Docket No. 8), Plaintiffs have

2  filed this Notice in the individual docket numbers listed in the caption above, in addition to the Master

3  File docket number.  The following individual dockets can now be closed:

4

5  3:09-cv-00096 PJH
   3:09-cv-00111 PJH
6  3:09-cv-00116 PJH
   3:09-cv-00139 PJH
7  3:09-cv-00180 PJH
   3:09-cv-00225 PJH
8  3:09-cv-00236 PJH
   3:09-cv-00244 PJH
9  3:09-cv-00274 PJH
   3:09-cv-00294 PJH
10 3:09-cv-00340 PJH
   3:09-cv-00349 PJH
11 3:09-cv-00361 PJH
   3:09-cv-00368 PJH
12 3:09-cv-00375 PJH
   3:09-cv-00378 PJH
13 3:09-cv-00391 PJH
   3:09-cv-00399 PJH
14 3:09-cv-00400 PJH
   3:09-cv-00402 PJH
15 3:09-cv-00434 PJH
   3:09-cv-00445 PJH
16 3:09-cv-00447 PJH
   3:09-cv-00496 PJH
17 3:09-cv-00553 PJH
   3:09-cv-00554 PJH
18 3:09-cv-00678 PJH
   3:09-cv-00958 PJH
19 3:09-cv-01274 PJH
   3:09-cv-01499 PJH
20 3:09-cv-01740 PJH
   3:09-cv-02154 PJH
21 3:09-cv-02062 PJH
   3:09-cv-02063 PJH
22 3:09-cv-02155 PJH
   3:09-cv-02156 PJH
23 3:09-cv-02152 PJH
   3:09-cv-02153 PJH
24 3:09-cv-02065 PJH
   3:09-cv-02151 PJH
25 3:09-cv-02184 PJH
   3:09-cv-02150 PJH
26 3:09-cv-02067 PJH
   3:09-cv-02066 PJH

27

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1  Dated: June 9, 2009                                Respectfully Submitted,

2

3                                                      BY:   /s/ Robert G. Abrams

4                                                      Robert G. Abrams
                                                       Thomas A. Isaacson
5                                                      Peter A. Barile III
                                                       HOWREY LLP
6                                                      1299 Pennsylvania Avenue, N.W.
                                                       Washington, DC 20004
7                                                      Tel.: (202) 783-0800
                                                       Fax: (202) 383-6610

8                                                      Paul Alexander
9                                                      HOWREY LLP
                                                       1950 University Avenue
10                                                     East Palo Alto, CA 94303
                                                       Tel.: (650) 798-3500
11                                                     Fax: (650) 798-3600

12                                                     Emily L. Maxwell
                                                       HOWREY LLP
13                                                     525 Market Street, Suite 3600
                                                       San Francisco, CA 94105
14                                                     Tel.: (415) 848-4947
                                                       Fax: (415) 848-4999

15                                                     *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002,
                                                       3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274,
16                                                     3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-
                                                       00554)
17

18                                                     **Lead Class Counsel and Member of the
                                                       Steering Committee for Plaintiffs in MDL No.
19                                                     2029**

20                                                     *And attests in accordance with General Order
                                                       No. 45 X. B. that concurrence in the filing of the
21                                                     document has been obtained from each of the
                                                       undersigned counsel:*

22                                                     Guido Saveri
                                                       R. Alexander Saveri
23                                                     Melissa Shapiro
                                                       Cadio Zirpoli
24                                                     SAVERI & SAVERI, INC.
                                                       706 Sansome Street
25                                                     San Francisco, CA 94111
                                                       Tel.:  (415) 217-6810
26                                                     Fax:  (415) 217-6813

27

28            NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                                     - 4 -

*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

***Liaison Class Counsel and Member of the
Steering Committee for Plaintiffs in MDL No.
2029***

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.:  (415) 433-3200
Fax:  (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111,
3:09-cv-00138, and 3:09-cv-00445)

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
     & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.:  (215) 496-0300
Fax:  (215) 496-6611

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096,
3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553,
and 3:09-cv-00554)

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.:  (215) 875-3010
Fax:  (215) 875-4604

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116)

***Members of the Steering Committee for Plaintiffs in MDL No. 2029***

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER,
SHAH, LLP
35 East State Street
Media, PA 19063
Tel.:  (610) 891-9880
Fax:  (610) 891-9883

Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
Tel.:  (202) 429-2290
Fax:  (202) 429-2294

*Counsel for Plaintiff*

O'Connor v. Walmart.com USA LLC, et al.,
Case No. 09-0096 PJH

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel.:  (310) 461-1426
Fax:  (310) 461-1427

Kendall S. Zylstra
Richard Schwartz
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Tel.:  (215) 914-2460
Fax:  (215) 914-2462

*Counsel for Plaintiff*

Schmitz v. Walmart.com USA LLC, et al., Case
No. 09-0116 PJH

Daniel A. Small
Benjamin D. Brown
Kit Pierson
Christopher Cormier
COHEN MILSTEIN SELLERS & TOLL PPLC

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 6 -

1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.:  (202) 838-7797
Fax:  (202) 838-7745

*Counsel for Plaintiffs*

Lynch, et al. v. Walmart.com USA LLC, et al.,
Case No. 09-0138 PJH

Bryan L. Clobes
Ellen Meriwether
Timothy Fraser
CAFFERTY FAUCHER LLP
1717 Arch Street, Ste., 3610
Philadelphia, PA 19103

Nyran Rose Pearson
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200
Chicago IL 60602

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH

Daniel C. Girard
Elizabeth C. Pritzker
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Tel.:  (415) 981-4800
Fax:  (415) 981-4846

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH
Faris v. Netflix, Inc., et al., Case No. 09-0180 PJH
Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

Kevin Bruce Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57 h Court, Suite 515
South Miami, FL 33143

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Faris v. Netflix, Inc., et al., Case No. 09-0180 PJH

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel.:  (415) 788-4220
Fax:  (415) 788-0161

*Counsel for Plaintiffs*

Slobodin v. Netflix, Inc., et al., Case No. 09-0225 PJH
Landels, et al. v. Netflix, Inc., et al., Case No. 09-0340 PJH
James Chatelain v. Netflix, Inc., et al., Case No. 09-0391 PJH

Judith L. Spanier
Jill S. Abrams
Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
Tel.:  (212) 889-3700
Fax:  (212) 684-5191

Craig H. Blinderman
MREJEN BLINDERMAN, P.L.
701 West Cypress Creek Road, Suite 302
Fort Lauderdale, FL 33309
Tel.:  (954) 771-3740
Fax:  (954) 771-3047

*Counsel for Plaintiffs*

Anthony, et al. v. Walmart.com USA LLC, et al., Case No. 09-0236 PJH

Mary Jane Fait
Theodore T. Bell
John E. Tangren
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1  Polk-Stamps v. Netflix, Inc., et al., Case No. 09-
   0244 PJH

2
   Lee Albert
3  Brian Brooks
   Jacqueline Sailer
4  MURRAY, FRANK & SAILER LLP
   275 Madison Avenue, Suite 801
5  New York, New York 10016
   Tel.: (212) 682-1818
6  Fax: (212) 682-1892

7  *Counsel for Plaintiff*

8  Sheeler, Jr. v.  Walmart.com USA LLC, et al.,
   Case No. 09-0274 PJH

9
   Michael F. Ram
10 Erica Craven-Green
   LEVY, RAM & OLSON LLP
11 639 Front Street, 4th Floor
   San Francisco, CA 94111
12 Tel.: (415) 433-4949
   Fax: (415) 433-7311

13
   *Counsel for Plaintiff*
14
   Chapman v. Netflix, Inc., et al., Case No. 09-
15 0294 PJH

16 Guy A. Wilson
   LAW OFFICES OF GUY A. WILSON
17 509 Orchard Street
   Santa Rosa, CA 95404
18 Tel.: (707) 525-1277

19 Roy A. Katriel
   THE KATRIEL LAW FIRM
20 1101 30th Street
   Washington, DC 20007
21 Tel.: (202) 625-4342

22 *Counsel for Plaintiffs*

23 Landels, et al. v. Netflix, Inc., et al., Case No.
   09-0340 PJH
24
   Marc H. Edelson
25 EDELSON & ASSOCIATES, LLC
   45 West Court Street
26 Doylestown, PA 18901
   Tel.: (215) 230-8043
27 Fax: (215) 230-8735

28 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff*

Meyer v. Walmart.com USA LLC, et al., Case No. 09-0361 PJH

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Tel:  (212) 680-1980
Fax:  (212) 687-7714

*Counsel for Plaintiff*

Randall v. Walmart.com USA LLC, et al., Case No. 09-0368 PJH

Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500
Fax.: (224) 632-4521

Harry Shulman
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel.:  415-455-1326
Fax: 415-455-1327

*Counsel for Plaintiff*

Hirsch v. Netflix, Inc., et al., Case No. 09-0375 PJH

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

*Counsel for Plaintiff*

*James Chatelain v. Netflix, Inc., et al.,* Case No.
09-0391 PJH

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel.: (415) 398-8700
Fax: (415) 398-8704

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.: (510) 238-9610
Fax: (510) 337-1431

*Counsel for Plaintiff*

*Patras v. Netflix, Inc., et al.,* Case No. 09-00378
PJH

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3100

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2     Gerald J. Rodos
      Jeffrey B. Gittleman
      Julie B. Palley
3     BARRACK, RODOS & BACINE
      3300 Two Commerce Square
4     2001 Market Street
      Philadelphia, PA 19130
5     Tel.:  (215) 963-0600
      Fax:  (215) 963-0838
6
      Steve R. Basser
7     BARRACK, RODOS & BACINE
      One American Plaza
8     600 West Broadway, Suite 900
      San Diego, CA 92101
9     Tel.:  (619) 230-0800
      Fax:  (619) 230-1874
10
      *Counsel for Plaintiff*
11
      Millrood v. Walmart.com USA LLC, et al.  Case
12    No. 09-00399 PJH

13    Frank J. Johnson
      Francis A. Bottini, Jr.
14    JOHNSON BOTTINI, LLP
      655 West Broadway, Suite 1400
15    San Diego, CA 92101
      Tel.:  (619) 230-0063
16    Fax:  (619) 233-5535

17    *Counsel for Plaintiff*

18    Kober v. Walmart.com USA LLC, et al.  Case
      No. 09-00400 PJH
19
      Joseph Saveri
20    Michele C. Jackson
      Eric B. Fastiff
21    Andrew S. Kingsdale
      LIEFF CABRASER HEIMANN
22    & BERNSTEIN, LLP
      275 Battery Street, Suite 3000
23    San Francisco, CA 94111
      Tel.:  (415) 956-1000
24    Fax:  (415) 956-1008

25    *Counsel for Plaintiff*

26    Lacabe v. Walmart.com USA LLC, et al.  Case
      No. 09-00402 PJH
27

28    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1    Bruce L. Simon
     Jonathan M. Watkins
2    PEARSON, SIMON, SOTER, WARSHAW &
     PENNY, LLP
3    44 Montgomery Street
     Suite 1430
4    San Francisco, CA 94104
     Tel:  (415) 433-9000
5    Fax:  (415) 433-9008

6    *Counsel for Plaintiff*

7    Roy v. Netflix, Inc. et al. Case No. 09-00434
     PJH
8
     Mindee J. Reuben
9    WEINSTEIN KITCHENOFF & ASHER, LLC
     1845 Walnut Street, Suite 1100
10   Philadelphia, PA 19103
     Tel.:  (215) 545-7200
11   Fax:  (215) 535-6535

12   *Counsel for Plaintiffs*

13   Bruno, et al. v. Walmart.com USA LLC, et al.
     Case No. 09-00445 PJH
14
     Edward A. Wallace
15   Kenneth A. Wexler
     WEXLER WALLACE, LLP
16   55 West Monroe Street, Suite 3300
     Chicago, IL 60603
17   Tel: 312.346.2222
     Fax: 312.346.0022
18
     Mark J. Tamblyn
19   Neha Duggal
     WEXLER WALLACE, LLP
20   455 Capitol Mall, Suite 231
     Sacramento, CA 95814
21   Tel.: 916-492-1100
     Fax: 916-492-1124
22
     *Counsel for Plaintiff*
23
     Zaker v. Netflix, Inc., et al.  Case No. 09-00447
24   PJH

25   Bonny E. Sweeney
     David W. Mitchell
26   COUGHLIN STOIA GELLER RUDMAN &
     ROBBINS LLP
27   655 West Broadway, Suite 1900

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

San Diego, CA 92101
Tel.:  (619) 231-1058
Fax:  (619) 231-7423

William C. Wright
THE LAW OFFICES OF WILLIAM C.
WRIGHT, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401
Tel.:  (561) 514-0904
Fax:  (561) 514-0905

*Counsel for Plaintiff*

Parikh v. Netflix, Inc., et al.  Case No. 09-00496
PJH

Garrett D. Blanchfield
REINHARDT, WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel.:  (651) 287-2100
Fax:  (651) 287-2103

*Counsel for Plaintiff*

Johnson v. Walmart.com USA LLC, et al.  Case
No. 09-00553 PJH

David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel.:  (610) 940-4000
Fax:  (610) 940-4007

*Counsel for Plaintiff*

Gannon v. Walmart.com USA LLC, et al.  Case
No.  09-00554 PJH

Dianne M. Nast
Joseph F. Roda
Michele S. Burkholder
Daniel N. Gallucci
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 14 -

1

2
Williams v. Netflix, Inc., et al.  Case No. 09-00678 PJH

3
Edward M. Gergosian
Robert J. Gralewski

4
William D. Harris
GERGOSIAN & GRALEWSKI LLP

5
655 West Broadway Suite 1410
San Diego CA 92101

6
Tel 619-237-9500
Fax 619-237-9555 fax

7
*Counsel for Plaintiff*

8
Haddad v. Netflix, Inc., et al., Case No. 09-00958 PJH

9

10
Matthew Schultz (220641)
Timothy D. Battin

11
Thomas M. Palumbo
STRAUS & BOIES, LLP

12
4041 University Drive, 5th Floor
Fairfax, Virginia  22030

13
Tel:  (703) 764-8700
Fax: (703) 764-8704

14
*Counsel for Plaintiff*

15
Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

16

17
Terry Gross
Adam C. Belsky

18
Monique Alonso
GROSS BELSKY ALSONSO LLP

19
180 Montgomery Street, Suite 2200
San Francisco, CA 94101

20
Tel.:  (415) 544-0200
Fax:  (415) 544-0201

21
*Counsel for Plaintiff*

22
Kra v. Netflix, Inc. et al., Case No. 09-01499 PJH

23

24
Mario N. Alioto
Lauren C. Russel

25
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

26
2280 Union Street
San Francisco, CA 94123

27
Tel.:  (415) 563-7200

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 15 -

Fax:  (415) 346-0679

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel.:  (415) 563-7200
Fax:  (415) 346-0679

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Tel.:  (510) 652-2554
Fax:  (510) 652-9308

*Counsel for Plaintiff*

Belai v. Netflix, Inc. et al., Case No. 09-01740
PJH

Daniel E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844 office
(612) 339-6622 fax

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 office
(717) 892-1200 fax

Edward A. Wallace
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 office
(312) 589-6273 fax

*Counsel for Plaintiffs*

Michalski, et al. v. Netflix, Inc., et al.,
Case No. 09-02065

Steve Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Seattle, WA 98101
Tel.:  (206) 623-7292
Fax:  (206) 623-0594

J. Barton Goplerud
HUDSON MALLANEY & SHINDLER P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel.:  (515) 223-4567
Fax:  (515) 223-8887

*Counsel for Plaintiffs*

Boynton v. Wal-Mart.com USA LLC, et al.,
(transferred from District of New
Hampshire1:09-cv-00026)

Mayer v. Wal-Mart.com USA LLC, et al.,
Case No .09-02067

Stephen R. Fine
LAW OFFICES OF STEPHEN R. FINE
620 Chestnut Street
Manchester, NH 03104
Tel.:  (603) 668-2343
Fax:  (603) 626-0408

*Counsel for Plaintiff*

Boynton v. Wal-Mart.com USA LLC, et al.,
(transferred from District of New
Hampshire1:09-cv-00026)

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
Tel.:  (802) 862-0030
Fax:  (802) 862-0060

*Counsel for Plaintiff*

Mayer v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02067

Daniel E. Becnel, Jr.
BECNEL LAW FIRM
Nghana Lewis Gauff
Matthew B. Moreland
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 office
(985) 536-6445 fax

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2
*Counsel for Plaintiffs*

3
Christina v. Netflix, Inc., et al.,
(transferred from Middle District of Louisiana
3:09-cv-00059)

4

5
Hotard v. Netflix, Inc., et al.,
Case No. 09- 02153

6
John R. Wylie

7
FUTTERMAN HOWARD WATKINS WYLIE
& ASHLEY, CHTD.

8
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603

9
(312) 427-3600 office
(312) 427-1850 fax

10
*Counsel for Plaintiff*

11
Levin v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02155

12

13
Archie C. Lamb, Jr.
THE LAMB FIRM, LLC

14
P.O. Box 2088
Birmingham, AL 35201

15
(205) 324-4644 office
(205) 324-4649 fax

16
*Counsel for Plaintiff*

17
Touchton v. Netflix, Inc., et al.,
Case No. 09-02154

18

19
E. Kirk Wood, Jr.
WOOD LAW FIRM, LLC

20
P.O. Box 382434
Birmingham, AL 35238

21
(205) 612-0243 office
(205) 705-1223 fax

22
*Counsel for Plaintiff*

23
Kopera v. Netflix, Inc., et al.,
Case No.09-02062

24

25
Harry F. Bell, Jr.
William L. Bands, Jr.

26
BELL & BANDS, PLLC
P.O. Box 1723

27
Charleston, West Virginia 25326
(304) 345-1700 office

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 18 -

1    (304) 344-1956 fax

2    *Counsel for Plaintiff*

3    Walters, et al. v. Netflix, Inc., et al.,
     Case No. 09-02066

4

5    Irwin B. Levin
     Richard E. Shevitz
6    Eric S. Pavlack
     COHEN & MALAD, LLP
     One Indiana Square, Suite 1400
7    Indianapolis, IN 46204
     Tel.:  (317) 636-6481
8    Fax:  (317) 636-2593

9    *Counsel for Plaintiff*

10   Karatz v. Netflix, Inc., et al.,
     (transferred from Southern District of Indiana
11   1:09-cv-00136)

12   Michael Goetz
     MORGAN & MORGAN, P.A.
13   One Tampa City Center, Suite 700
     Tampa, FL 33602
14   (813) 223-5505 office
     (813) 223-5402 fax

15
     Scott W. Weinstein
16   MORGAN & MORGAN, P.A.
     One University Park
17   12800 University Drive
     Fort Myers, FL 33906
18   (239) 433-6880 office
     (239) 433-6836 fax

19
     *Counsel for Plaintiff*
20
     Bowles v. Netflix, Inc., et al.,
21   Case No. 09-02063

22   Andres F. Alonso
     Jerrold S. Parker
23   David B. Krangle
     PARKER WAICHMAN ALONSO LLP
24   111 Great Neck Road, Suite 101
     Great Neck, NY 11021
25   (516) 466-6500 office
     (516) 466-6665 fax

26
     *Counsel for Plaintiff*
27

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Shafeek v. Netflix, Inc., et al.,
Case No. 09-02151

W. Mark Lanier
Richard D. Meadow
Evan M. Janush
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800 office
(212) 421-2878 fax

David W. Zoll
Michelle L. Kranz
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617
(419) 841-9623 office
(419) 841-9719 fax

*Counsel for Plaintiff*

Wagner v. Netflix, Inc., et al.,
Case No. 09-02184

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700 office
(314) 721-0905 fax

*Counsel for Plaintiff*

Jones v. Netflix, Inc., et al.,
Case No. 09-02152

Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908
(787) 722-0635 office
(787) 725-3970 fax

*Counsel for Plaintiff*

Ortiz-Cardona v. Netflix, Inc., et al.,
Case No. 09-02150

Robert M. Foote
Matthew Herman

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 20 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stephen Fung
FOOTE, MEYERS, MIELKE & FLOWERS,
LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333 office
(630) 845-8982 fax

Peter Currie
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
Saint Charles, IL 60174
(630) 862-1130 office
(630) 845-8982 fax

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
28 North First Street, Suite 2
Geneva, IL 60134
Tel.:  (630) 232-4480
Fax:  (630) 845-8982

*Counsel for Plaintiff*

Cleary v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02156

***Additional Counsel for Plaintiffs***

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 21 -