Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
abramsr@howrey.com
isaacsont@howrey.com
barilep@howrey.com

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600
alexanderp@howrey.com

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999
maxwelle@howrey.com

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
melissa@saveri.com
cadio@saveri.com

*Lead Class Counsel*
*Member of the Steering Committee for*
*Plaintiffs in MDL No. 2029*

*Liaison Class Counsel*
*Member of the Steering Committee for Plaintiffs*
*in MDL No. 2029*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH**<br><br>**MDL No. 2029**<br><br>**Hon. Phyllis J. Hamilton** |
| **This document relates to:**<br><br>3:09-cv-00002 PJH<br>3:09-cv-00096 PJH<br>3:09-cv-00111 PJH<br>3:09-cv-00116 PJH<br>3:09-cv-00138 PJH<br>3:09-cv-00139 PJH | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS** AND ORDER |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 3:09-cv-00180 PJH | |
| 3:09-cv-00225 PJH | |
| 3:09-cv-00236 PJH | |
| 3:09-cv-00244 PJH | |
| 3:09-cv-00274 PJH | |
| 3:09-cv-00294 PJH | |
| 3:09-cv-00340 PJH | |
| 3:09-cv-00349 PJH | |
| 3:09-cv-00361 PJH | |
| 3:09-cv-00368 PJH | |
| 3:09-cv-00375 PJH | |
| 3:09-cv-00378 PJH | |
| 3:09-cv-00391 PJH | |
| 3:09-cv-00399 PJH | |
| 3:09-cv-00400 PJH | |
| 3:09-cv-00402 PJH | |
| 3:09-cv-00434 PJH | |
| 3:09-cv-00445 PJH | |
| 3:09-cv-00447 PJH | |
| 3:09-cv-00496 PJH | |
| 3:09-cv-00553 PJH | |
| 3:09-cv-00554 PJH | |
| 3:09-cv-00678 PJH | |
| 3:09-cv-00958 PJH | |
| 3:09-cv-01274 PJH | |
| 3:09-cv-01499 PJH | |
| 3:09-cv-01740 PJH | |
| 3:09-cv-02154 PJH | |
| 3:09-cv-02062 PJH | |
| 3:09-cv-02063 PJH | |
| 3:09-cv-02155 PJH | |
| 3:09-cv-02156 PJH | |
| 3:09-cv-02152 PJH | |
| 3:09-cv-02153 PJH | |
| 3:09-cv-02065 PJH | |
| 3:09-cv-02151 PJH | |
| 3:09-cv-02184 PJH | |
| 3:09-cv-02150 PJH | |
| 3:09-cv-02067 PJH | |
| 3:09-cv-02066 PJH | |

PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and through the undersigned counsel, hereby voluntarily dismiss their claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: Gary Bunker, John Haley, Eric Roslansky, Kevin Simpson (3:09-cv-00002); Michael O'Connor (3:09-cv-00096); Sarah Endzweig (3:09-cv-00111); Christopher Schmitz (3:09-cv-00116); Scott Lynch, Sisto Abeyta, Allison Hancock

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 1 -

(3:09-cv-00138); Jonathan Groce, Susan Horowitz (3:09-cv-00139); Armond Faris (3:09-cv-00180); Suzanne Slobodin (3:09-cv-00225); Katherine Anthony, Paul Gottfried (3:09-cv-00236); Melanie Polk-Stamps (3:09-cv-00244); Richard Sheeler, Jr. (3:09-cv-00274); Cathleen Chapman (3:09-cv-00294); Linda Landels, Antonia Landels (3:09-cv-00340); Sarah Grime (3:09-cv-00349); Douglas Meyer (3:09-cv-00361); Laura Randall (3:09-cv-00368); Frank Hirsch (3:09-cv-00375); Argyre Patras (3:09-cv-00378); James Chatelain (3:09-cv-00391); Tobias Millrood (3:09-cv-00399); Amos Kober (3:09-cv-00400); Margarita Lacabe (3:09-cv-00402); Ranjan Roy (3:09-cv-00434); Brandon Bruno, Paige Gabay (3:09-cv-00445); Ashkun Zaker (3:09-cv-00447); Sanjay Parikh (3:09-cv-00496); Nicole Johnson (3:09-cv-00553); Christine Gannon (3:09-cv-00554); Kimberly Williams (3:09-cv-00678); Alexandra Haddad (3:09-cv-00958); Travis Wiebe (3:09-cv-01274); Gabriel Kra (3:09-cv-01499); Adrienne Belai (3:09-cv-01740); Robert Touchton (3:09-cv-02154); Charles Kopera (3:09-cv-02062); Aimee Bowles (3:09-cv-02063); Myles Levin (3:09-cv-02155); Francis Cleary (3:09-cv-02156); Burton Jones (3:09-cv-02152); Katie Hotard (3:09-cv-02153); Paul Michalski, Kathleen Hellevik, Kevin Arendt (3:09-cv-02065); Stefanie Shafeek (3:09-cv-02151); Robert Wagner (3:09-cv-02184); Fernando Ortiz-Cardona (3:09-cv-02150); Sascha Mayer (3:09-cv-02067); Brandon Walters, Jennifer Walters (3:09-cv-02066); Martha Karatz (docket number not assigned in N.D. Cal. (transferred from the Southern District of Indiana 1:09-cv-00136)); Jane Boynton (docket number not assigned in N.D. Cal. (transferred from New Hampshire 1:09-cv-00026)); Salvadore Christina, Jr. (docket number not assigned in N.D. Cal. (transferred from the Middle District of Louisiana 3:09-cv-00059)). Each of the Voluntarily Dismissed Plaintiffs' actions have been transferred and consolidated into the *In Re Online DVD Antitrust Litigation* Master File No. M:09-CV-2029 PJH. Defendants have not served an answer or motion for summary judgment to the Voluntarily Dismissed Plaintiffs' complaints. Defendants have not filed an answer or motion for summary judgment to the Plaintiffs' Consolidated Amended Complaint filed on May 27, 2009 in the Consolidated MDL Proceeding. The above listed Plaintiffs reserve their rights as absent class members to share in any recovery in this case to which they would otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Pursuant to

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

the Court's April 30, 2009, "Supplement to Pretrial Order No. 1" (*See* Docket No. 8), Plaintiffs have

filed this Notice in the individual docket numbers listed in the caption above, in addition to the Master

File docket number.  The following individual dockets can now be closed:


3:09-cv-00096 PJH
3:09-cv-00111 PJH
3:09-cv-00116 PJH
3:09-cv-00139 PJH
3:09-cv-00180 PJH
3:09-cv-00225 PJH
3:09-cv-00236 PJH
3:09-cv-00244 PJH
3:09-cv-00274 PJH
3:09-cv-00294 PJH
3:09-cv-00340 PJH
3:09-cv-00349 PJH
3:09-cv-00361 PJH
3:09-cv-00368 PJH
3:09-cv-00375 PJH
3:09-cv-00378 PJH
3:09-cv-00391 PJH
3:09-cv-00399 PJH
3:09-cv-00400 PJH
3:09-cv-00402 PJH
3:09-cv-00434 PJH
3:09-cv-00445 PJH
3:09-cv-00447 PJH
3:09-cv-00496 PJH
3:09-cv-00553 PJH
3:09-cv-00554 PJH
3:09-cv-00678 PJH
3:09-cv-00958 PJH
3:09-cv-01274 PJH
3:09-cv-01499 PJH
3:09-cv-01740 PJH
3:09-cv-02154 PJH
3:09-cv-02062 PJH
3:09-cv-02063 PJH
3:09-cv-02155 PJH
3:09-cv-02156 PJH
3:09-cv-02152 PJH
3:09-cv-02153 PJH
3:09-cv-02065 PJH
3:09-cv-02151 PJH
3:09-cv-02184 PJH
3:09-cv-02150 PJH
3:09-cv-02067 PJH
3:09-cv-02066 PJH

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1 | Dated: June 9, 2009                                    Respectfully Submitted,

2

3                                                          BY:   /s/ Robert G. Abrams

4                                                          Robert G. Abrams
                                                           Thomas A. Isaacson
5                                                          Peter A. Barile III
                                                           HOWREY LLP
6                                                          1299 Pennsylvania Avenue, N.W.
                                                           Washington, DC 20004
7                                                          Tel.: (202) 783-0800
                                                           Fax: (202) 383-6610

8                                                          Paul Alexander
9                                                          HOWREY LLP
                                                           1950 University Avenue
10                                                         East Palo Alto, CA 94303
                                                           Tel.: (650) 798-3500
11                                                         Fax: (650) 798-3600

12                                                         Emily L. Maxwell
                                                           HOWREY LLP
13                                                         525 Market Street, Suite 3600
                                                           San Francisco, CA 94105
14                                                         Tel.: (415) 848-4947
                                                           Fax: (415) 848-4999

15                                                         *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002,
                                                           3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274,
16                                                         3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-
                                                           00554)
17

18                                                         ***Lead Class Counsel and Member of the
                                                           Steering Committee for Plaintiffs in MDL No.
19                                                         2029***

20                                                         *And attests in accordance with General Order
                                                           No. 45 X. B. that concurrence in the filing of the
21                                                         document has been obtained from each of the
                                                           undersigned counsel:*

22                                                         Guido Saveri
23                                                         R. Alexander Saveri
                                                           Melissa Shapiro
24                                                         Cadio Zirpoli
                                                           SAVERI & SAVERI, INC.
25                                                         706 Sansome Street
                                                           San Francisco, CA 94111
26                                                         Tel.:  (415) 217-6810
                                                           Fax:  (415) 217-6813

27

28
                     NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                                    - 4 -

*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

***Liaison Class Counsel and Member of the
Steering Committee for Plaintiffs in MDL No.
2029***

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111,
3:09-cv-00138, and 3:09-cv-00445)

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096,
3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553,
and 3:09-cv-00554)

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2           *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116)

3           ***Members of the Steering Committee for Plaintiffs in MDL No. 2029***

4           Natalie Finkelman Bennett

5           SHEPHERD, FINKELMAN, MILLER, SHAH, LLP

6           35 East State Street
          Media, PA 19063

7           Tel.:  (610) 891-9880
          Fax:  (610) 891-9883

8

9           Gary E. Mason
          Donna F. Solen

10          THE MASON LAW FIRM LLP
         1225 19th Street, N.W., Suite 500
         Washington, DC 20036

11          Tel.:  (202) 429-2290
         Fax:  (202) 429-2294

12          *Counsel for Plaintiff*

13

14          O'Connor v. Walmart.com USA LLC, et al., Case No. 09-0096 PJH

15          Vahn Alexander

16          FARUQI & FARUQI, LLP
         1901 Avenue of the Stars, 2nd Floor
         Los Angeles, CA 90067

17          Tel.:  (310) 461-1426
         Fax:  (310) 461-1427

18

19          Kendall S. Zylstra
         Richard Schwartz

20          FARUQI & FARUQI, LLP
         2600 Philmont Avenue, Suite 324
         Huntingdon Valley, PA 19006

21          Tel.:  (215) 914-2460
         Fax:  (215) 914-2462

22

23          *Counsel for Plaintiff*

24          Schmitz v. Walmart.com USA LLC, et al., Case No. 09-0116 PJH

25          Daniel A. Small
         Benjamin D. Brown

26          Kit Pierson
         Christopher Cormier

27          COHEN MILSTEIN SELLERS & TOLL PPLC

28 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.:  (202) 838-7797
Fax:  (202) 838-7745

*Counsel for Plaintiffs*

Lynch, et al. v. Walmart.com USA LLC, et al.,
Case No. 09-0138 PJH

Bryan L. Clobes
Ellen Meriwether
Timothy Fraser
CAFFERTY FAUCHER LLP
1717 Arch Street, Ste., 3610
Philadelphia, PA 19103

Nyran Rose Pearson
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200
Chicago IL 60602

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH

Daniel C. Girard
Elizabeth C. Pritzker
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Tel.:  (415) 981-4800
Fax:  (415) 981-4846

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH
Faris v. Netflix, Inc., et al., Case No. 09-0180 PJH
Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

Kevin Bruce Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57 h Court, Suite 515
South Miami, FL 33143

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1
2

Faris v. Netflix, Inc., et al., Case No. 09-0180
PJH

3
4
5
6
7

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel.: (415) 788-4220
Fax: (415) 788-0161

*Counsel for Plaintiffs*

8
9
10
11

Slobodin v. Netflix, Inc., et al., Case No. 09-
0225 PJH
Landels, et al. v. Netflix, Inc., et al., Case No.
09-0340 PJH
James Chatelain v. Netflix, Inc., et al., Case No.
09-0391 PJH

12
13
14
15

Judith L. Spanier
Jill S. Abrams
Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
Tel.: (212) 889-3700
Fax: (212) 684-5191

16
17
18
19

Craig H. Blinderman
MREJEN BLINDERMAN, P.L.
701 West Cypress Creek Road, Suite 302
Fort Lauderdale, FL 33309
Tel.: (954) 771-3740
Fax: (954) 771-3047

20

*Counsel for Plaintiffs*

21
22

Anthony, et al. v. Walmart.com USA LLC, et al.,
Case No. 09-0236 PJH

23
24
25
26

Mary Jane Fait
Theodore T. Bell
John E. Tangren
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Counsel for Plaintiff*

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 8 -

Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

Lee Albert
Brian Brooks
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

*Counsel for Plaintiff*

Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. 09-0274 PJH

Michael F. Ram
Erica Craven-Green
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 433-4949
Fax: (415) 433-7311

*Counsel for Plaintiff*

Chapman v. Netflix, Inc., et al., Case No. 09-0294 PJH

Guy A. Wilson
LAW OFFICES OF GUY A. WILSON
509 Orchard Street
Santa Rosa, CA 95404
Tel.: (707) 525-1277

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street
Washington, DC 20007
Tel.: (202) 625-4342

*Counsel for Plaintiffs*

Landels, et al. v. Netflix, Inc., et al., Case No. 09-0340 PJH

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel.: (215) 230-8043
Fax: (215) 230-8735

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff*

*Meyer v. Walmart.com USA LLC, et al.*, Case No. 09-0361 PJH

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Tel:  (212) 680-1980
Fax:  (212) 687-7714

*Counsel for Plaintiff*

*Randall v. Walmart.com USA LLC, et al.*, Case No. 09-0368 PJH

Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500
Fax.: (224) 632-4521

Harry Shulman
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel.:  415-455-1326
Fax: 415-455-1327

*Counsel for Plaintiff*

*Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 PJH

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

*Counsel for Plaintiff*

James Chatelain v. Netflix, Inc., et al., Case No.
09-0391 PJH

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel.: (415) 398-8700
Fax: (415) 398-8704

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.: (510) 238-9610
Fax: (510) 337-1431

*Counsel for Plaintiff*

Patras v. Netflix, Inc., et al., Case No. 09-00378
PJH

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3100

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Tel.:  (215) 963-0600
Fax:  (215) 963-0838

Steve R. Basser
BARRACK, RODOS & BACINE
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.:  (619) 230-0800
Fax:  (619) 230-1874

*Counsel for Plaintiff*

Millrood v. Walmart.com USA LLC, et al.  Case No. 09-00399 PJH

Frank J. Johnson
Francis A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.:  (619) 230-0063
Fax:  (619) 233-5535

*Counsel for Plaintiff*

Kober v. Walmart.com USA LLC, et al.  Case No. 09-00400 PJH

Joseph Saveri
Michele C. Jackson
Eric B. Fastiff
Andrew S. Kingsdale
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Tel.:  (415) 956-1000
Fax:  (415) 956-1008

*Counsel for Plaintiff*

Lacabe v. Walmart.com USA LLC, et al.  Case No. 09-00402 PJH

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 12 -

Bruce L. Simon
Jonathan M. Watkins
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery Street
Suite 1430
San Francisco, CA 94104
Tel:  (415) 433-9000
Fax:  (415) 433-9008

*Counsel for Plaintiff*

Roy v. Netflix, Inc. et al. Case No. 09-00434
PJH

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.:  (215) 545-7200
Fax:  (215) 535-6535

*Counsel for Plaintiffs*

Bruno, et al. v. Walmart.com USA LLC, et al.
Case No. 09-00445 PJH

Edward A. Wallace
Kenneth A. Wexler
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312.346.2222
Fax: 312.346.0022

Mark J. Tamblyn
Neha Duggal
WEXLER WALLACE, LLP
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Tel.: 916-492-1100
Fax: 916-492-1124

*Counsel for Plaintiff*

Zaker v. Netflix, Inc., et al.  Case No. 09-00447
PJH

Bonny E. Sweeney
David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 13 -

1                                     San Diego, CA 92101
                                    Tel.: (619) 231-1058

2                                     Fax: (619) 231-7423

3                                     William C. Wright
                                    THE LAW OFFICES OF WILLIAM C.

4                                     WRIGHT, P.A.
                                    301 Clematis Street, Suite 3000

5                                     West Palm Beach, FL 33401
                                    Tel.: (561) 514-0904

6                                     Fax: (561) 514-0905

7                                     *Counsel for Plaintiff*

8                                     Parikh v. Netflix, Inc., et al.  Case No. 09-00496
                                    PJH

9                                     Garrett D. Blanchfield

10                                   REINHARDT, WENDORF & BLANCHFIELD
                                    E1250 First National Bank Building

11                                   332 Minnesota Street
                                    St. Paul, MN 55101

12                                     Tel.: (651) 287-2100
                                    Fax: (651) 287-2103

13                                     *Counsel for Plaintiff*

14                                     Johnson v. Walmart.com USA LLC, et al.  Case

15                                     No. 09-00553 PJH

16                                     David P. McLafferty
                                    MCLAFFERTY & ASSOCIATES, P.C.

17                                   923 Fayette Street
                                  Conshohocken, PA 19428

18                                   Tel.: (610) 940-4000
                                  Fax: (610) 940-4007

19                                     *Counsel for Plaintiff*

20                                     Gannon v. Walmart.com USA LLC, et al.  Case

21                                     No.  09-00554 PJH

22                                     Dianne M. Nast
                                    Joseph F. Roda

23                                   Michele S. Burkholder
                                  Daniel N. Gallucci

24                                   RODANAST, P.C.
                                  801 Estelle Drive

25                                   Lancaster, Pennsylvania 17601
                                  Telephone: (717) 892-3000

26                                   Facsimile: (717) 892-1200

27                                     *Counsel for Plaintiff*

28       NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Williams v. Netflix, Inc., et al.  Case No. 09-00678 PJH

Edward M. Gergosian
Robert J. Gralewski
William D. Harris
GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego CA 92101
Tel 619-237-9500
Fax 619-237-9555 fax

*Counsel for Plaintiff*

Haddad v. Netflix, Inc., et al., Case No. 09-00958 PJH

Matthew Schultz (220641)
Timothy D. Battin
Thomas M. Palumbo
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, Virginia  22030
Tel:  (703) 764-8700
Fax: (703) 764-8704

*Counsel for Plaintiff*

Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALSONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94101
Tel.:  (415) 544-0200
Fax:  (415) 544-0201

*Counsel for Plaintiff*

Kra v. Netflix, Inc. et al., Case No. 09-01499 PJH

Mario N. Alioto
Lauren C. Russel
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Tel.:  (415) 563-7200

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Fax:  (415) 346-0679

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel.:  (415) 563-7200
Fax:  (415) 346-0679

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Tel.:  (510) 652-2554
Fax:  (510) 652-9308

*Counsel for Plaintiff*

Belai v. Netflix, Inc. et al., Case No. 09-01740
PJH

Daniel E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844 office
(612) 339-6622 fax

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 office
(717) 892-1200 fax

Edward A. Wallace
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 office
(312) 589-6273 fax

*Counsel for Plaintiffs*

Michalski, et al. v. Netflix, Inc., et al.,
Case No. 09-02065

Steve Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 16 -

| | |
|---|---|
| 1 | Seattle, WA 98101 |
| | Tel.:  (206) 623-7292 |
| 2 | Fax:  (206) 623-0594 |
| 3 | J. Barton Goplerud |
| | HUDSON MALLANEY & SHINDLER P.C. |
| 4 | 5015 Grand Ridge Drive, Suite 100 |
| | West Des Moines, IA 50265 |
| 5 | Tel.:  (515) 223-4567 |
| | Fax:  (515) 223-8887 |
| 6 | |
| 7 | *Counsel for Plaintiffs* |
| 8 | Boynton v. Wal-Mart.com USA LLC, et al., |
| | (transferred from District of New |
| 9 | Hampshire1:09-cv-00026) |
| 10 | Mayer v. Wal-Mart.com USA LLC, et al., |
| | Case No .09-02067 |
| 11 | Stephen R. Fine |
| | LAW OFFICES OF STEPHEN R. FINE |
| 12 | 620 Chestnut Street |
| | Manchester, NH 03104 |
| 13 | Tel.:  (603) 668-2343 |
| | Fax:  (603) 626-0408 |
| 14 | |
| 15 | *Counsel for Plaintiff* |
| 16 | Boynton v. Wal-Mart.com USA LLC, et al., |
| | (transferred from District of New |
| 17 | Hampshire1:09-cv-00026) |
| 18 | Dennis J. Johnson |
| | JOHNSON & PERKINSON |
| 19 | 1690 Williston Road |
| | South Burlington, VT 05403 |
| 20 | Tel.:  (802) 862-0030 |
| | Fax:  (802) 862-0060 |
| 21 | *Counsel for Plaintiff* |
| 22 | Mayer v. Wal-Mart.com USA LLC, et al., |
| | Case No. 09-02067 |
| 23 | |
| 24 | Daniel E. Becnel, Jr. |
| | BECNEL LAW FIRM |
| 25 | Nghana Lewis Gauff |
| | Matthew B. Moreland |
| 26 | P.O. Drawer H |
| | Reserve, LA 70084 |
| 27 | (985) 536-1186 office |
| | (985) 536-6445 fax |
| 28 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS |

- 17 -

1

2

*Counsel for Plaintiffs*

3

*Christina v. Netflix, Inc., et al.,*
(transferred from Middle District of Louisiana
3:09-cv-00059)

4

5

*Hotard v. Netflix, Inc., et al.,*
Case No. 09- 02153

6

7

John R. Wylie
FUTTERMAN HOWARD WATKINS WYLIE
& ASHLEY, CHTD.
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
(312) 427-3600 office
(312) 427-1850 fax

8

9

10

*Counsel for Plaintiff*

11

*Levin v. Wal-Mart.com USA LLC, et al.,*
Case No. 09-02155

12

13

Archie C. Lamb, Jr.
THE LAMB FIRM, LLC
P.O. Box 2088
Birmingham, AL 35201
(205) 324-4644 office
(205) 324-4649 fax

14

15

16

*Counsel for Plaintiff*

17

*Touchton v. Netflix, Inc., et al.,*
Case No. 09-02154

18

19

E. Kirk Wood, Jr.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238
(205) 612-0243 office
(205) 705-1223 fax

20

21

22

*Counsel for Plaintiff*

23

*Kopera v. Netflix, Inc., et al.,*
Case No.09-02062

24

25

Harry F. Bell, Jr.
William L. Bands, Jr.
BELL & BANDS, PLLC
P.O. Box 1723
Charleston, West Virginia 25326
(304) 345-1700 office

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1                      (304) 344-1956 fax

2                      *Counsel for Plaintiff*

3                      Walters, et al. v. Netflix, Inc., et al.,
                       Case No. 09-02066

4

5                      Irwin B. Levin
                       Richard E. Shevitz

6                      Eric S. Pavlack
                       COHEN & MALAD, LLP
                       One Indiana Square, Suite 1400

7                      Indianapolis, IN 46204
                       Tel.:  (317) 636-6481

8                      Fax:  (317) 636-2593

9                      *Counsel for Plaintiff*

10                     Karatz v. Netflix, Inc., et al.,
                     (transferred from Southern District of Indiana

11                     1:09-cv-00136)

12                     Michael Goetz
                     MORGAN & MORGAN, P.A.

13                     One Tampa City Center, Suite 700
                     Tampa, FL 33602

14                     (813) 223-5505 office
                     (813) 223-5402 fax

15

16                     Scott W. Weinstein
                     MORGAN & MORGAN, P.A.
                     One University Park

17                     12800 University Drive
                     Fort Myers, FL 33906

18                     (239) 433-6880 office
                     (239) 433-6836 fax

19                     *Counsel for Plaintiff*

20                     Bowles v. Netflix, Inc., et al.,

21                     Case No. 09-02063

22                     Andres F. Alonso
                     Jerrold S. Parker

23                     David B. Krangle
                     PARKER WAICHMAN ALONSO LLP

24                     111 Great Neck Road, Suite 101
                     Great Neck, NY 11021

25                     (516) 466-6500 office
                     (516) 466-6665 fax

26

27                     *Counsel for Plaintiff*

28      NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Shafeek v. Netflix, Inc., et al.,
Case No. 09-02151

W. Mark Lanier
Richard D. Meadow
Evan M. Janush
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800 office
(212) 421-2878 fax

David W. Zoll
Michelle L. Kranz
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617
(419) 841-9623 office
(419) 841-9719 fax

*Counsel for Plaintiff*

Wagner v. Netflix, Inc., et al.,
Case No. 09-02184

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700 office
(314) 721-0905 fax

*Counsel for Plaintiff*

Jones v. Netflix, Inc., et al.,
Case No. 09-02152

Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908
(787) 722-0635 office
(787) 725-3970 fax

*Counsel for Plaintiff*

Ortiz-Cardona v. Netflix, Inc., et al.,
Case No. 09-02150

Robert M. Foote
Matthew Herman

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 20 -

1
2

Stephen Fung
FOOTE, MEYERS, MIELKE & FLOWERS,
LLC
28 North First Street, Suite 2

3

Geneva, IL 60134
(630) 232-6333 office

4

(630) 845-8982 fax

5
6

Peter Currie
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane

7

Saint Charles, IL 60174
(630) 862-1130 office

8

(630) 845-8982 fax

9
10

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
28 North First Street, Suite 2
Geneva, IL 60134
Tel.:  (630) 232-4480

11

Fax:  (630) 845-8982

12

*Counsel for Plaintiff*

13
14

Cleary v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02156

15

***Additional Counsel for Plaintiffs***

16
17

7/7/09



18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS